OPINION — AG — ** MUNICIPALITIES — CLEANING TRASH — PRIVATE PROPERTY ** PURSUANT TO 11 O.S. 22.111 [11-22.111](A), A MUNICIPAL GOVERNING BODY MAY 'NOT' WAIVE THE ACTUAL COST OF CLEANING TRASH FROM PRIVATE PROPERTY OPEN TO THE PUBLIC, BUT RATHER, MUST CHARGE THE RECIPIENT OF THE SERVICES THE ACTUAL COST FOR THE SERVICES RENDERED. (PUBLIC HEALTH AND SAFETY, COST, LIABILITY, LIEN) CITE: 11 O.S. 22-111 [11-22-111], 11 O.S. 22-111 [11-22-111](A)(2), 11 O.S. 22-111 [11-22-111](A)(5-6) OPINION NO. 72-284 (ROBERT W. COLE)